CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Mukamal v. The National Christian Foundation, Inc.

**Adversary Case Number:** 11–02940–EPK
(Related Bankruptcy Case Number: 09–36379–EPK )
County of Residence or Place of Business: West Palm Beach
U.S. District Court Case Number: 9:19–80457–RLR

## Supplemental TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 4/16/2019
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

| | | |
|---|---|---|
| **Appellant/Movant:** The National Christian Foundation, Inc. | **Attorney:** David J Myers<br>1200 Abernathy Rd #1700, Bldg 600<br>Atlanta, GA 30328 | **Attorney:** Leanne McKnight Prendergast<br>12620 Beach Blvd., Ste 3 #126<br>Jacksonville, FL 32246 |
| **Appellee/Respondent:** Barry Mukamal | **Attorney:** Michael S Budwick<br>200 S Biscayne Blvd # 3200<br>Miami, FL 33131 | **Attorney:** James C. Moon<br>200 S. Biscayne Blvd # 3200<br>Miami, FL 33131 |

**Title and Date of Order Appealed**, if applicable: Order on Competing Motions for Summary Judgment as to Wich State Law Applies to Fraudulent Transfer Claims and Final Judgment

**Entered on Docket Date:** 12/10/14 and 3/20/19   **Docket Number:** 100 and 299

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☑ Other: Cross Appeal and other atty for Appelant: Bradley S Shraiberg, 2385 NW Executive Center Dr. #300, Boca Raton, FL 33431 other atty for respondent's: Peter D. Russin, 200 S Biscayne Blvd #3200, Miami, FL 33131, and Jessica L Wasserstrom, 200 S Bicayne Blvd #3200, Miami, FL 33131

**Dated:** 4/17/19

CLERK OF COURT
By: Conce Perusso

Deputy Clerk   (561) 514–4100